IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HESS | : CIVIL ACTION |
| Plaintiff | : |
| vs. | : NO. 07-5087 |
| COUNTY OF LEHIGH, et al. | : |
| Defendants | : |

## ORDER

AND NOW this 7th day of August, 2009, it is hereby ORDERED that:

The Motion of the Defendant County of Lehigh to Dismiss the Amended Complaint is GRANTED.

The Motion of the Defendant AFSCME, Local 3206 to Dismiss the Amended Complaint is GRANTED.

The Amended Complaint is DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

_____
THOMAS M. GOLDEN, J.